IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,967






GERALD MARSHALL, Appellant



v.



THE STATE OF TEXAS





ON DIRECT APPEAL FROM A MOTION TO RECUSE 


FILED IN CAUSE NO. 948591 IN THE 180TH DISTRICT COURT


HARRIS COUNTY





 Per Curiam.


O P I N I O N



 This is a direct appeal of the denial of a motion to recuse filed in the 180th District 
Court of Harris County, Cause No. 948591, styled The State of Texas v. Gerald Marshall. 
Appellant's appeal is untimely and is, therefore, dismissed. 

Do not publish

Delivered: October 8, 2008